# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### ST. JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

|  |  |  |
|---|---|---|
| **SUSAN JOHNSON, ROBERT JOHNSON, and COZY KITTEN CATTERY, LLC,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **Case No. 08-6103-CV-SJ-DW** |
| **ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM et al. ,** | ) )) ) | |
| **Defendants.** | ) | |

__\_\_**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

> **IT IS ORDERED AND ADJUDGED** that

> 1) The Claims against Defendant InMotion Hosting, Inc. are DISMISSED WITH PREJUDICE.
> 2) For good cause shown, and pursuant to Federal Rule of Civil Procedure 60(b), the Court hereby SETS ASIDE the Default Judgment entered against Defendant Melanie Lowry in the Circuit Court for Putnam County, Missouri.
> 3) Defendant Melanie Lowry's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 6) is GRANTED. The claims against Defendant Lowry are hereby DISMISSED without prejudice.
> 4) Defendant Kathleen Heineman's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 3) is GRANTED. The claims against Defendant Heineman are hereby DISMISSED without prejudice.
> 5) Plaintiffs' Motion for Additional Time to File the Affidavit of Antonio Deshawn Outten in Response to the Motion of InMotion Hosting, Inc. to Dismiss (Doc. 35) is DENIED AS MOOT.

| | |
|---|---|
| June 9, 2009 | Ann Thompson |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |