# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **SUSAN JOHNSON, ROBERT JOHNSON, and COZY KITTEN CATTERY, LLC,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | )    Case No. 08-6103-CV-SJ-DW |
| **ELIZABETH ARDEN d/b/a COMPLAINTSBOARD.COM et al.,** | )<br>)<br>))<br>) |
| **Defendants.** | ) |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that

    1) Plaintiffs' Motion for Leave to Submit Limited Interrogatories to Defendant In Motion Hosting, Inc. (Doc. 47) is DENIED.

    2) Pursuant to Federal Rule of Civil Procedure 4(m), the claims against Defendants Elizabeth Arden d/b/a ComplaintsBoard.com, ComplaintsBoard.com, and Michelle Reitenger are hereby DISMISSED WITHOUT PREJUDICE.


July 13, 2009                             Ann Thompson
Date                                         Clerk of Court

                                                 /s/ Tracy L. Diefenbach
                                                 (by) Deputy Clerk