# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-2601

Susan Johnson, et al.

Appellants

v.

Elizabeth Arden, doing business as ComplaintsBoard.com, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - St. Joseph
(5:08-cv-06103-DW)

_____

**MANDATE**

In accordance with the opinion and judgment of 08/04/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 25, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit